IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RADHA SINGH, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-2028 |
| SCHOOL DISTRICT OF | : |
| PHILADELPHIA, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 11th day of August 2010, upon consideration of Plaintiff Radha Singh's Motion for Permanent and/or Preliminary Injunction (Doc. No. 2), Defendants' Response in Opposition to the Motion (Doc. No. 13), witness testimony and argument made at the hearing held on July 13, 2010, and after a complete and independent review of exhibits presented to the Court, and for the reasons set forth in the Court's Opinion dated August 11, 2010, it is **ORDERED** that Plaintiff's Motion for Permanent and/or Preliminary Injunction (Doc. No. 2) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.